## CERTIFICATION

RE:     Sherrell C. Towns
        B20513
        13-1269-MJR

I, _Jamie Welborn, Acct Supervisor_ , hereby certify that
(Name and Title of Authorized Officer - please print)

Sherrell C. Towns currently has the sum of $ _(1439.53)_ on account at Menard
Correctional Center.

_[signature]_

Signature of Authorized Officer

Dated: _12/26/13_

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201

PS-17
Rev. 11/13

# Menard Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 06/01/2013 thru End;    Inmate: B20513;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance
Errors Only ? : No

**Inmate: B20513 Towns, Sherrell**                    **Housing Unit: MEN-W -05-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | | 0.01 |
| 06/06/13 | Payroll | 20 Payroll Adjustment | 157159 | | P/R month of 5 2013 | | 9.18 | 9.19 |
| 06/20/13 | Disbursements | 81 Legal Postage | 171359 | Chk #124181 | 4727, DOC: 523 Fund, 03/08/2006 | Inv. Date: | -6.65 | 2.54 |
| 06/20/13 | Disbursements | 81 Legal Postage | 171359 | Chk #124181 | 56624, DOC: 523 Fund, 01/28/2008 | Inv. Date: | -2.33 | .21 |
| 07/03/13 | Payroll | 20 Payroll Adjustment | 184159 | | P/R month of 6 2013 | | 6.12 | 6.33 |
| 07/08/13 | Disbursements | 84 Library | 189359 | Chk #124315 | 42026, DOC: 523 Fund, 08/30/2007 | Inv. Date: | -6.15 | .18 |
| 08/08/13 | Payroll | 20 Payroll Adjustment | 220159 | | P/R month of 7 2013 | | 10.00 | 10.18 |
| 08/15/13 | Disbursements | 81 Legal Postage | 227359 | Chk #125099 | 36693, DOC: 523 Fund, 03/18/2004 | Inv. Date: | -6.80 | 3.38 |
| 08/15/13 | Disbursements | 90 Medical Co-Pay | 227359 | Chk #125099 | 56809, DOC: 523 Fund, 01/30/2008 | Inv. Date: | -2.00 | 1.38 |
| 08/15/13 | Disbursements | 81 Legal Postage | 227359 | Chk #125099 | 68899, DOC: 523 Fund, 05/16/2008 | Inv. Date: | -1.34 | .04 |
| 09/09/13 | Payroll | 20 Payroll Adjustment | 252159 | | P/R month of 8 2013 | | 8.50 | 8.54 |
| 09/30/13 | Disbursements | 81 Legal Postage | 273359 | Chk #125876 | 56619, DOC: 523 Fund, 01/28/2008 | Inv. Date: | -4.60 | 3.94 |
| 09/30/13 | Disbursements | 81 Legal Postage | 273359 | Chk #125876 | 59542, DOC: 523 Fund, 02/22/2008 | Inv. Date: | -1.65 | 2.29 |
| 09/30/13 | Disbursements | 81 Legal Postage | 273359 | Chk #125876 | 68900, DOC: 523 Fund, 05/16/2008 | Inv. Date: | -1.00 | 1.29 |
| 09/30/13 | Disbursements | 81 Legal Postage | 273359 | Chk #125876 | 70708, DOC: 523 Fund, 06/03/2008 | Inv. Date: | -1.17 | .12 |
| 10/04/13 | Payroll | 20 Payroll Adjustment | 277159 | | P/R month of 9 2013 | | 9.52 | 9.64 |
| 10/11/13 | Disbursements | 84 Library | 284359 | Chk #125968 | 1798, DOC: 523 Fund, 08/08/2006 | Inv. Date: | -8.70 | .94 |
| 10/11/13 | Disbursements | 84 Library | 284359 | Chk #125968 | 71742, DOC: 523 Fund, 06/12/2008 | Inv. Date: | -.60 | .34 |
| 11/08/13 | Payroll | 20 Payroll Adjustment | 312159 | | P/R month of 102013 | | 10.00 | 10.34 |
| 11/12/13 | Disbursements | 84 Library | 316359 | Chk #126464 | 68458, DOC: 523 Fund, 05/14/2008 | Inv. Date: | -2.35 | 7.99 |
| 11/21/13 | Disbursements | 81 Legal Postage | 325359 | Chk #126716 | 59531, DOC: 523 Fund, 02/22/2008 | Inv. Date: | -4.60 | 3.39 |
| 11/21/13 | Disbursements | 81 Legal Postage | 325359 | Chk #126716 | 70707, DOC: 523 Fund, 06/03/2008 | Inv. Date: | -1.34 | 2.05 |
| 11/21/13 | Disbursements | 81 Legal Postage | 325359 | Chk #126716 | 71353, DOC: 523 Fund, 06/09/2008 | Inv. Date: | -1.68 | .37 |
| 12/05/13 | Payroll | 20 Payroll Adjustment | 3391107 | | P/R month of 112013 | | 10.00 | 10.37 |
| 12/11/13 | Disbursements | 84 Library | 345359 | Chk #126961 | 59683, DOC: 523 Fund, 02/25/2008 | Inv. Date: | -8.40 | 1.97 |
| 12/11/13 | Disbursements | 84 Library | 345359 | Chk #126961 | 71761, DOC: 523 Fund, 06/12/2008 | Inv. Date: | -1.50 | .47 |
| 12/19/13 | Disbursements | 81 Legal Postage | 353359 | Chk #127168 | 74366, DOC: 523 Fund, 07/07/2008 | Inv. Date: | -.42 | .05 |

**Date:** 12/26/2013
**Time:** 1:15pm

d_list_inmate_trans_statement_composite

# Menard Correctional Center
# Trust Fund

Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 06/01/2013 thru End; Inmate: B20513; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B20513 Towns, Sherrell**

**Housing Unit: MEN-W -05-05**

| | |
|---|---:|
| Total Inmate Funds: | .05 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 1,439.58 |
| Funds Available: | -1,439.53 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 10/09/2002 | 246260 | Disb | B20513 Library | 2 DOC: School Dist. Library | $207.90 |
| 05/23/2005 | 99512 | Disb | B20513 Library | 2 DOC - Library Copies | $46.20 |
| 09/28/2005 | 123832 | Disb | B20513 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $5.85 |
| 09/28/2005 | 123833 | Disb | B20513 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.95 |
| 09/29/2005 | 123892 | Disb | B20513 Library | 2 DOC - Library Copies | $92.40 |
| 11/22/2005 | 130489 | Disb | Library | 2 DOC - Library Copies | $1.80 |
| 03/13/2006 | 5517 | Disb | Library | 2 DOC: 523 Fund Library | $110.25 |
| 03/31/2006 | 8046 | Disb | Library | 2 DOC: 523 Fund Library | $15.95 |
| 10/15/2007 | 45647 | Disb | Library | 2 DOC: 523 Fund Library | $12.60 |
| 01/24/2008 | 56218 | Disb | Library | 2 DOC: 523 Fund Library | $21.50 |
| 02/28/2008 | 60178 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 06/06/2008 | 71064 | Disb | Library | 2 DOC: 523 Fund Library | $101.15 |
| 06/09/2008 | 71364 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.45 |
| 06/11/2008 | 71702 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $12.95 |
| 06/24/2008 | 72731 | Disb | Library | 2 DOC: 523 Fund Library | $35.00 |
| 06/24/2008 | 72733 | Disb | Library | 2 DOC: 523 Fund Library | $0.75 |
| 06/27/2008 | 73408 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.20 |
| 06/27/2008 | 73409 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.80 |
| 06/27/2008 | 73410 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.20 |
| 07/02/2008 | 73812 | Disb | Library | 2 DOC: 523 Fund Library | $37.40 |
| 07/21/2008 | 76050 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 07/29/2008 | 77089 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 08/07/2008 | 78220 | Disb | Library | 2 DOC: 523 Fund Library | $7.30 |
| 08/08/2008 | 78444 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.19 |
| 08/08/2008 | 78445 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.34 |
| 08/28/2008 | 80159 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 08/29/2008 | 80337 | Disb | Library | 2 DOC: 523 Fund Library | $6.00 |
| 08/29/2008 | 80339 | Disb | Library | 2 DOC: 523 Fund Library | $1.25 |
| 08/29/2008 | 80545 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.68 |
| 08/29/2008 | 80546 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.00 |
| 08/29/2008 | 80547 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.80 |
| 09/02/2008 | 80605 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.51 |
| 10/24/2008 | 86293 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |

Date: 12/26/2013

Time: 1:15pm

d_list_inmate_trans_statement_composite

**Menard Correctional Center**
**Trust Fund**

Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 06/01/2013 thru End;   Inmate: B20513;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance
Errors Only ? : No

**Inmate: B20513 Towns, Sherrell**                                      **Housing Unit: MEN-W -05-05**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 10/24/2008 | 86312 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 11/12/2008 | 87892 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $8.48 |
| 11/13/2008 | 88094 | Disb | Library | 2 DOC: 523 Fund Library | $15.25 |
| 11/19/2008 | 88993 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 12/23/2008 | 94156 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.68 |
| 12/23/2008 | 94157 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.96 |
| 12/23/2008 | 94160 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.51 |
| 12/23/2008 | 94161 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.85 |
| 01/05/2009 | 96445 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 01/06/2009 | 96827 | Disb | Library | 2 DOC: 523 Fund Library | $5.15 |
| 01/30/2009 | 100994 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.34 |
| 02/05/2009 | 101656 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 02/18/2009 | 126710 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.00 |
| 02/19/2009 | 127138 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 02/26/2009 | 128231 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.59 |
| 02/26/2009 | 128239 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.00 |
| 03/18/2009 | 152865 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 03/20/2009 | 153418 | Disb | Library | 2 DOC: 523 Fund Library | $18.35 |
| 03/24/2009 | 153887 | Disb | Library | 2 DOC: 523 Fund Library | $7.00 |
| 03/24/2009 | 153895 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 03/26/2009 | 154224 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.00 |
| 03/26/2009 | 154225 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.34 |
| 03/27/2009 | 154390 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.83 |
| 03/31/2009 | 165756 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.95 |
| 03/31/2009 | 165757 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $7.10 |
| 04/02/2009 | 165973 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 04/02/2009 | 166106 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.68 |
| 04/08/2009 | 166882 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.83 |
| 04/08/2009 | 166883 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.83 |
| 04/13/2009 | 167347 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.20 |
| 04/13/2009 | 167348 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.85 |
| 04/13/2009 | 167360 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 04/13/2009 | 167367 | Disb | Library | 2 DOC: 523 Fund Library | $13.80 |
| 04/13/2009 | 167371 | Disb | Library | 2 DOC: 523 Fund Library | $0.65 |
| 04/13/2009 | 167375 | Disb | Library | 2 DOC: 523 Fund Library | $9.75 |
| 04/15/2009 | 167811 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.83 |
| 04/16/2009 | 168057 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.02 |
| 04/20/2009 | 179376 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.68 |
| 04/21/2009 | 180577 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.83 |
| 04/21/2009 | 180584 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.00 |
| 04/24/2009 | 181116 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 05/04/2009 | 182337 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |

REPORT CRITERIA - Date: 06/01/2013 thru End;    Inmate: B20513;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance
Errors Only ? : No

## Inmate: B20513 Towns, Sherrell

## Housing Unit: MEN-W -05-05

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/04/2009 | 182361 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 05/05/2009 | 182700 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 05/22/2009 | 188583 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 05/28/2009 | 189406 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 06/23/2009 | 193998 | Disb | Library | 2 DOC: 523 Fund Library | $0.50 |
| 07/01/2009 | 195728 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.22 |
| 08/07/2009 | 200911 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 08/07/2009 | 201254 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 08/12/2009 | 201946 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 09/08/2009 | 206051 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.61 |
| 09/08/2009 | 206102 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 09/17/2009 | 208336 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 09/24/2009 | 209626 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 10/16/2009 | 212680 | Disb | Library | 2 DOC: 523 Fund Library | $9.00 |
| 10/20/2009 | 214012 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 10/26/2009 | 215025 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 10/30/2009 | 215984 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 11/03/2009 | 216391 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 11/09/2009 | 217298 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 11/12/2009 | 217716 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 12/16/2009 | 223254 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 12/21/2009 | 223660 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 12/21/2009 | 223975 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 12/21/2009 | 223977 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 12/28/2009 | 224844 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.22 |
| 12/28/2009 | 224845 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.90 |
| 12/28/2009 | 224846 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.75 |
| 12/28/2009 | 224847 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.95 |
| 12/28/2009 | 224855 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.98 |
| 12/28/2009 | 224877 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 12/31/2009 | 225692 | Disb | Library | 2 DOC: 523 Fund Library | $5.00 |
| 12/31/2009 | 225693 | Disb | Library | 2 DOC: 523 Fund Library | $16.65 |
| 01/05/2010 | 226199 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.92 |
| 01/19/2010 | 228361 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 01/26/2010 | 229592 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 01/26/2010 | 229602 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 02/08/2010 | 231416 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.22 |
| 02/08/2010 | 231418 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.05 |
| 03/05/2010 | 235263 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 03/08/2010 | 235769 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 03/23/2010 | 237877 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 03/31/2010 | 239293 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |

**Date:** 12/26/2013
**Time:** 1:15pm
d_list_inmate_trans_statement_composite

# Menard Correctional Center
## Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 06/01/2013 thru End;     Inmate: B20513;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance
Errors Only ? : No

### Inmate: B20513 Towns, Sherrell

### Housing Unit: MEN-W -05-05

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 04/01/2010 | 239531 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $9.60 |
| 04/01/2010 | 239532 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $8.30 |
| 04/01/2010 | 239533 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.55 |
| 04/01/2010 | 239534 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.70 |
| 04/05/2010 | 239773 | Disb | Library | 2 DOC: 523 Fund Library | $90.30 |
| 04/15/2010 | 250645 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.90 |
| 04/22/2010 | 251721 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 05/18/2010 | 266472 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 06/29/2010 | 240241 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 07/29/2010 | 253790 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 08/02/2010 | 254455 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 08/06/2010 | 255358 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 08/31/2010 | 271707 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 08/31/2010 | 271916 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.22 |
| 08/31/2010 | 271941 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 09/23/2010 | 275101 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 09/30/2010 | 276168 | Disb | Library | 2 DOC: 523 Fund Library | $1.70 |
| 10/06/2010 | 276995 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.56 |
| 11/10/2010 | 281410 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 12/15/2010 | 287291 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 02/16/2011 | 295588 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.58 |
| 02/23/2011 | 296577 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.05 |
| 02/23/2011 | 296581 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 03/01/2011 | 297465 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.22 |
| 03/01/2011 | 297467 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.24 |
| 03/03/2011 | 297768 | Disb | Library | 2 DOC: 523 Fund Library | $2.40 |
| 03/03/2011 | 297802 | Disb | Library | 2 DOC: 523 Fund Library | $0.50 |
| 03/04/2011 | 298188 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.88 |
| 03/04/2011 | 298189 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.22 |
| 03/15/2011 | 299320 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.22 |
| 03/24/2011 | 300747 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 04/05/2011 | 303339 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.56 |
| 04/08/2011 | 303772 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 04/08/2011 | 303773 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 04/25/2011 | 305992 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 04/26/2011 | 306239 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.64 |
| 05/04/2011 | 307103 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 05/05/2011 | 307418 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 05/06/2011 | 307834 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 05/11/2011 | 308450 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 05/17/2011 | 309196 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.04 |
| 05/18/2011 | 308428 | Disb | Library | 2 DOC: 523 Fund Library | $1.50 |

Date: 12/26/2013
Time: 1:15pm
d_list_inmate_trans_statement_composite

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 6

REPORT CRITERIA - Date: 06/01/2013 thru End;     Inmate: B20513;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance
Errors Only ? : No

**Inmate: B20513 Towns, Sherrell**                    **Housing Unit: MEN-W -05-05**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/20/2011 | 309909 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 05/27/2011 | 310888 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 06/14/2011 | 312388 | Disb | Library | 2 DOC: 523 Fund Library | $6.50 |
| 06/14/2011 | 312630 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 06/16/2011 | 313042 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 06/16/2011 | 313043 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 06/21/2011 | 313892 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 06/23/2011 | 314484 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.08 |
| 06/27/2011 | 315903 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 06/28/2011 | 316086 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 07/11/2011 | 317331 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 07/13/2011 | 317679 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 08/24/2011 | 322526 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 09/13/2011 | 326778 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 10/05/2011 | 330526 | Disb | Library | 2 DOC: 523 Fund Library | $1.10 |
| 10/12/2011 | 331307 | Disb | Library | 2 DOC: 523 Fund Library | $1.80 |
| 10/12/2011 | 331578 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.68 |
| 10/12/2011 | 331579 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.88 |
| 10/31/2011 | 333777 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.28 |
| 11/03/2011 | 334309 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 11/07/2011 | 334790 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.28 |
| 11/29/2011 | 339200 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 11/29/2011 | 339242 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 12/05/2011 | 339849 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 12/07/2011 | 340458 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.08 |
| 12/07/2011 | 340461 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.08 |
| 12/20/2011 | 341980 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 12/30/2011 | 343817 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 01/04/2012 | 344110 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.48 |
| 01/11/2012 | 345284 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.68 |
| 01/11/2012 | 345288 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.44 |
| 02/01/2012 | 347448 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.45 |
| 02/17/2012 | 349239 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.70 |
| 02/21/2012 | 349289 | Disb | Library | 2 DOC: 523 Fund Library | $0.75 |
| 02/22/2012 | 349703 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.65 |
| 02/24/2012 | 349979 | Disb | Library | 2 DOC: 523 Fund Library | $2.75 |
| 02/28/2012 | 350428 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.10 |
| 02/28/2012 | 350454 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.65 |
| 02/28/2012 | 350455 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.45 |
| 03/14/2012 | 352052 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.45 |
| 03/14/2012 | 352071 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $5.00 |
| 04/05/2012 | 354759 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.45 |

# Menard Correctional Center
# Trust Fund

## Inmate Transaction Statement

REPORT CRITERIA - Date: 06/01/2013 thru End;   Inmate: B20513;   Active Status Only ? : No;   Print Restrictions ? : Yes; Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B20513 Towns, Sherrell**                     **Housing Unit: MEN-W -05-05**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 04/10/2012 | 355133 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.45 |
| 05/16/2012 | 359511 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.45 |
| 08/10/2012 | 368032 | Disb | Debts due to State (non-postage) | 99999 DOC: 523 Fund Inmate Reimburseme | $5.00 |
| 11/27/2012 | 378359 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.45 |
| 12/20/2012 | 381050 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.50 |
| 12/20/2012 | 381054 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.50 |
| 01/09/2013 | 381882 | Disb | Library | 2 DOC: 523 Fund Library | $4.40 |
| 01/15/2013 | 383149 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.45 |
| 02/11/2013 | 385696 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.44 |
| 02/11/2013 | 385700 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.12 |
| 03/04/2013 | 387579 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.32 |
| 03/04/2013 | 387590 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.44 |
| 03/04/2013 | 387737 | Disb | Library | 2 DOC: 523 Fund Library | $11.84 |
| 03/04/2013 | 387818 | Disb | Library | 2 DOC: 523 Fund Library | $10.00 |
| 03/29/2013 | 391597 | Disb | Library | 2 DOC: 523 Fund Library | $0.44 |
| 03/29/2013 | 391779 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 06/12/2013 | 403852 | Disb | Library | 2 DOC: 523 Fund Library | $30.60 |
| 07/10/2013 | 408003 | Disb | Library | 2 DOC: 523 Fund Library | $52.20 |
| 07/25/2013 | 410103 | Disb | Library | 2 DOC: 523 Fund Library | $52.20 |
| 07/25/2013 | 410200 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.05 |
| 08/07/2013 | 411591 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 08/15/2013 | 412753 | Disb | Library | 2 DOC: 523 Fund Library | $52.80 |
| 08/16/2013 | 413129 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.32 |
| 08/22/2013 | 413885 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 09/05/2013 | 415699 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.32 |

**Total Restrictions:** $1,439.58