In the United States District Court
For the Southern District of Illinois

| | |
|---|---|
| SHERRELL C. TOWNS,<br>Plaintiff,<br><br>-vs-<br><br>DEATHROW, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>No. 13-1269 |

SCANNED AT MENARD and E-mailed
5/5/14 by MSC 3 pages
date   Initials   No.

## Plaintiff's Response to Court Order

Now comes Plaintiff, Sherrell C. Towns, pro se, in response to the Courts Order in the above entitled cause, and hereby states as follows:

1. On April 9, 2014, the Court issued an order for Plaintiff to provide additional information for purposes of identifying Defendant Deathrow in order that process may be served upon Deathrow. The deadline for doing so is May 12, 2014.

2. Plaintiff submits and is firmly of the belief that the first name of Deathrow is Teri. Furthermore, a description of Deathrow is as follows: white, female, approx. 5 feet tall, 100 pounds, dark hair. Additionally, Deathrow is the only correctional officer by the name of Deathrow who was assigned to work

5 days a week on 3 gallery of the South Lowers cell house between the date(s) of: October 23, 2013 and November 11, 2013.

Wherefore, for the above and foregoing reasons, Plaintiff prays this pleading has been responsive.

Signed this 18th day of April 2014

Respectfully Submitted
Sherrell C. Towns
Sherrell C. Towns B-20513
P.O. Box 1000
Menard, IL 62259

IN THE
United States District Court
Southern District of Illinois

SCANNED AT MENARD and E-mailed
_____ by _____ _____ pages
   date      initials    No.

SHERRELL C. TOWNS
_____
Plaintiff,

Case No. 13-1269

Vs.

DEATH ROW, et al.
_____
Defendant

## NOTICE OF FILING/AFFIDAVIT OF SERVICE

TO: ~~Clerk of Court~~
~~Southern District of Illinois~~

TO: Ashley B. Carter
Asst. Attorney General
500 South Second Street
Springfield, IL 62706

TO: ~~Attorney General~~
~~State of the State of IL~~
~~Northern District of IL~~
~~P.O. Box 1899~~
~~Rock St. Louis, IL~~ 62201

TO: Clerk of Court
U.S. District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

PLEASE TAKE NOTICE that on May 1, 2014 I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:
Plaintiff's Response to Court Order

DATED: April 18, 2014

s/ Sherrell C. Towns
Name: Sherrell C. Towns
IDOC#: B-20513
Address: P.O. Box 1000
Menard, IL 62259

Subscribed and sworn to before me on this _____ day of _____, 20___

_____
Notary Public

1 OF 3