IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SHERRELL TOWNS, #B20513, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-1269 |
| | ) | |
| C/O DEATHROW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SUGGESTION OF DEATH

NOW COME Defendants, TRAVIS LINDSEY, REBECCA COWAN, BRANDON ANTHONY, CHAD TODARO, LUCAS MAUE, ROY GATHLER, MICHAEL MIFFLIN, and TERRI DETHROW, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and suggest upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of Defendant Brett Chandler, during the pendency of this action.

Respectfully submitted,

TRAVIS LINDSEY, REBECCA COWAN, BRANDON ANTHONY, CHAD TODARO, LUCAS MAUE, ROY GATHLER, MICHAEL MIFFLIN, and TERRI DETHROW,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

By: s/Ashley B. Carter
    Ashley B. Carter
    Assistant Attorney General
    Email: acarter@atg.state.il.us

Ashley B. Carter, #6308718
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-2207
Facsimile: (217) 524-5091

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHERRELL TOWNS, #B20513, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 13-1269 |
| ) | |
| C/O DEATHROW, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2015, I electronically filed the foregoing, *Suggestion of Death,* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on January 14, 2015, I mailed by United States Postal Service, the document to the following non-registered participant

Sherrell C. Towns, # B-20513
Menard Correctional Center
711 Kaskaskia Street
PO Box 1000
Menard, IL 62259

Respectfully submitted,

s/Ashley B. Carter
Ashley B. Carter
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-2207
Facsimile: (217) 524-5091
Email: acarter@atg.state.il.us