IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHERRELL TOWNS, #B20513, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 13-1269 |
| C/O DEATHROW, et al., | ) ) ) |
| Defendants. | ) |

**PROTECTIVE ORDER**

This matter coming to be heard on Defendants' Motion for Protective Order ("Order"), the Court and all parties being fully advised in the same, and good cause having been shown, IT IS HEREBY ORDERED:

1. Policies of Menard Correctional Center concerning bar rapping produced to the Plaintiff by Defendants have been designated as "Confidential Materials."

2. Confidential Materials, redacted for relevancy, but not safety and security content, shall be shown to the Plaintiff, but will not be put into his possession.

3. Confidential Materials, redacted for relevancy and safety and security content shall be provided to Plaintiff to possess for the duration of this litigation.

4. Plaintiff shall not use, disclose, or disseminate any Confidential Material, shall not disclose or disseminate Confidential Material to any others, without prior written permission of the Department of Corrections or by order of the court. Persons to whom Confidential Material is revealed shall be subject to the jurisdiction of the court for purposes of enforcement or a violation of this Order. Such persons shall be subject to such relief as is deemed appropriate by the court, including sanctions.

5. A person designated in 4 shall not have access to any Confidential Material until he or she has read a copy of this Order and has indicated in writing that he or she has

read a copy of this Order, agrees to be bound by it and to be thereby subject to the court's jurisdiction. Copies of all such agreements shall be made available to the Department's counsel upon request.

6. In the event any Confidential Material is used in any proceeding herein prior to the trial of this matter, it shall not lose its Confidential status through such use and the parties shall take all steps reasonably required to protect such confidentiality.

7. All Confidential Material shall be kept safely and securely within full custody of Plaintiff, counsel, or others entitled to access thereto pursuant to this Order.

8. Maintenance of the Confidential status of any such Confidential Material shall be subject to further order of this court and nothing herein shall preclude any party from applying to the court for modification of this Order. The parties reserve the right to make application to the court upon not less than five days' notice to seek permission to modify the provisions of this Order. Counsel and Plaintiff shall first seek to resolve by agreement, and without involvement of the court, any disputes regarding confidential designations.

9. After the termination of this litigation, including all appeals, all Confidential Material shall be returned to the Department of Corrections or destroyed.

**IT IS SO ORDERED**

**Date:** January 28, 2015   */s/ Stephen C. Williams*
**Stephen C. Williams**
United States Magistrate Judge