IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SHERRELL TOWNS, #B20513, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-1269 |
| | ) | |
| C/O DEATHROW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, BRANDON ANTHONY, REBECCA COWAN, TERRI DETHROW, ROY GATHLER, TRAVIS LINDSEY, LUCAS MAUE, MICHAEL MIFFLIN, and CHAD TODARO, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56, hereby move for summary judgment, stating as follows:

1. Plaintiff brings this instant action pursuant to 42 U.S.C. § 1983, alleging Defendants unconstitutionally retaliated and conspired to retaliate against Plaintiff for him filing grievances and a prior lawsuit. (Doc. 1).

2. Plaintiff alleges the adverse actions that demonstrate retaliation, in violation of the First Amendment, were: (1) threats and intimidation on October 31, 2011; (2) threats and intimidation on November 11, 2011; (3) a fraudulent disciplinary ticket on November 11, 2011; and (5) violating the due process requirements of an adjustment committee hearing. (Docs. 1, 7) [Counts 2–5].

3. Plaintiff also alleges that Defendants conspired to intimidate and retaliate against him in violation of the First Amendment. (Docs. 1, 7) [Count 6].

4. Plaintiff also alleges that Defendants' retaliation and conspiracy violate the Illinois Constitution. (Docs. 1, 7) [Count 7].

5. Defendants move for summary judgment on Counts 2–5 because Plaintiff fails to provide any evidence Defendants were motivated to take an adverse action as a result of Plaintiff's protected conduct.

6. Counts 2 and 3 also fail because Plaintiff fails to show that Defendants' alleged conduct would deter a person of reasonable firmness.

7. Defendants move for summary judgment on Count 6 because Plaintiff fails to provide any evidence that Defendants conspired to intimidate and retaliate against Plaintiff.

8. Defendants also move for summary judgment on Count 7 because Plaintiff's state law claims cannot be substantiated when his federal claims fail.

9. No private right of action for damages exists under the Illinois Constitution of 1970.

10. Defendants are also entitled to qualified immunity on all counts because, on these facts, Plaintiff cannot show Defendants violated any clearly-established constitutional rights.

11. Defendants contemporaneously file and incorporate a memorandum of law in support of this motion.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this honorable Court enter summary judgment in their favor and provide such further relief as this Court deems necessary and proper.

                                          Respectfully submitted,

                                          BRANDON ANTHONY, REBECCA COWAN, TERRI DETHROW, ROY GATHLER, TRAVIS LINDSEY, LUCAS MAUE, MICHAEL MIFFLIN, and CHAD TODARO,

                                                Defendants,

Lisa A. Cook, ##6298233
Assistant Attorney General           LISA MADIGAN, Attorney General,
500 South Second Street             State of Illinois,
Springfield, Illinois 62706
Telephone: (217) 785-4555           Attorney for Defendants,
Facsimile: (217) 524-5091
Email: LCook@atg.state.il.us        By: s/Lisa A. Cook
Of Counsel.                                Lisa A. Cook
                                               Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SHERRELL TOWNS, #B20513, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-1269 |
| | ) | |
| C/O DEATHROW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2015, I electronically filed the foregoing *Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on October 27, 2015, I mailed by United States Postal Service, the document to the following non-registered participant:

Sherrell C. Towns, # B-20513
Menard Correctional Center
711 Kaskaskia Street
PO Box 1000
Menard, IL 62259

Respectfully submitted,

s/Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 785-4555
Facsimile: (217) 524-5091
Email: lcook@atg.state.il.us