IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SHERRELL TOWNS, #B20513, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-1269 |
| | ) | |
| C/O DEATHROW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIRD MOTION TO CONTINUE**

NOW COME the Defendants, BRANDON ANTHONY, REBECCA COWAN, TERRI DETHROW, ROY GATHLER, TRAVIS LINDSEY, LUCAS MAUE, MICHAEL MIFFLIN, and CHAD TODARO, by their attorney, Lisa Madigan, Attorney General of the State of Illinois, pursuant to Federal Rule of Civil Procedure 6(b), and for their third motion to continue the final pretrial conference, state as follows:

1. The Final Pretrial Conference for this case is currently set for April 27, 2016, at 2:30 PM, in the United States Federal Courthouse in East St. Louis, before Judge Williams. (Doc. 125; Ct's Mar. 21, 2016 Text Order.)

2. On October 27, 2015, Defendants filed their Motion for Summary Judgment, stating that Defendants are entitled to judgment in their favor, on all counts. (Doc. 106). Defendants' Motion is opposed. (Doc. 111).

3. As of the date of filing this instant motion to continue, Defendants' Motion for Summary Judgment is pending before this Court.

1

4. Defendants anticipate that the Court will grant their Motion as to one or more Defendants.

5. Accordingly, Defendants ask that the Court continue the Final Pretrial Conference until after the Court rules on Defendants' Motion for Summary Judgment.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this honorable Court grant their motion to continue, and continue the final pretrial conference until after the Court rules on Defendants' Motion for Summary Judgment.

          Respectfully submitted,

          BRANDON ANTHONY, REBECCA COWAN, TERRI DETHROW, ROY GATHLER, TRAVIS LINDSEY, LUCAS MAUE, MICHAEL MIFFLIN, and CHAD TODARO,

          Defendants,

         LISA MADIGAN, Attorney General,
         State of Illinois

Jeremy C. Tyrrell #6321649          Attorney for Defendants,
Assistant Attorney General
500 South Second Street          By:   s/Jeremy C. Tyrrell
Springfield, IL 62701             Jeremy C. Tyrrell
Phone: (217) 557-0261             Assistant Attorney General
Fax:   (217) 782-8767
Email: jtyrrell@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SHERRELL TOWNS, #B20513, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-1269 |
| | ) | |
| C/O DEATHROW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016, I electronically filed the foregoing, *Third Motion to Continue*, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on April 21, 2016, I mailed by United States Postal Service, the document to the following non-registered participant

Sherrell C. Towns, # B-20513
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

        Respectfully submitted,

        By:    s/Jeremy C. Tyrrell
            Jeremy C. Tyrrell
            Assistant Attorney General
            500 South Second Street
            Springfield, Illinois   62701
            (217) 557-0261 Telephone
            (217) 782-8767   Fax
            Email: jtyrrell@atg.state.il.us