### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHERRELL C TOWNS, #B20513, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-1269-SCW |
| ) | |
| DETHROW et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SUBSTITUTE COUNSEL

NOW COME the Defendants, TERRI DETHROW, TRAVIS LINDSEY, and LUCAS MAUE (listed as "L Maue"), by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and for their Motion to Substitute Counsel, state as follows:

1. Assistant Attorney General Jeremy Tyrrell is no longer assigned to this matter.

2. Assistant Attorney General Christine McClimans is now assigned to represent the above-named Defendants in this matter.

3. It is requested that Assistant Attorney General Jeremy Tyrrell be removed from the Court's service list as counsel for Defendants.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court to allow the substitution of Assistant Attorney General Christine McClimans for Assistant Attorney General Jeremy Tyrrell, and that Assistant Attorney General Jeremy Tyrrell be terminated and removed from the service list as counsel for Defendants named herein.

> Respectfully submitted,
>
> TERRI DETHROW, TRAVIS LINDSEY,
> and LUCAS MAUE,
>
> > Defendants,
>
> LISA MADIGAN, Attorney General,
> State of Illinois,
>
> > Attorney for Defendants,

Christine G. McClimans, #6203209
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-1841                    BY:    s/ Christine G. McClimans
                                         Christine G. McClimans, #6203209
Of Counsel.                              Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| SHERRELL C TOWNS, #B20513, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 13-1269-SCW |
| DETHROW et al., | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2017, the foregoing document, Motion to Substitute Counsel, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Genavieve Marie Fikes        gfikes@littler.com

and I hereby certify that on the same date, I caused a copy to be mailed by United States Postal Service, the document to the following non-registered participant:

None

Respectfully Submitted,

s/ Christine G. McClimans
Christine G. McClimans, #6203209
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
Phone: (217) 782-1841
Fax: (217) 524-5091
E-Mail: cmcclimans@atg.state.il.us