IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHERRELL TOWNS, #B20513, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 13-1269 |
| | ) |
| C/O DEATHROW, et al., | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

NOW COME the Defendants, TERRI DETHROW, TRAVIS LINDSEY and LUCAS MAUE, by their attorney, Lisa Madigan, Attorney General of the State of Illinois, and for their Status Report as per Court Order of July 2, 2018 [d/e 187], state as follows:

1.   This matter was set for trial to be held on February 5, 2018.  The parties appeared for trial and were able to reach a settlement.

2.   In order to prepare the settlement documents, the undersigned Assistant Attorney General needed information from the appointed attorney in this matter.  The attorneys discussed the need for this information prior to leaving the courthouse on February 5, 2018.

3.   On February 15, 2018, the undersigned forwarded an email to Plaintiff's appointed attorney, again requesting the information needed for the settlement documents be forwarded. None was received.  On May 15, 2018, another request was sent.  No information has been received regarding the information needed for the settlement documents.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court either set the matter for trial or demand Plaintiff file a response.

                                        Respectfully submitted,

                                        TERRI DETHROW, TRAVIS LINDSEY, LUCAS MAUE,
                                            Defendants,

                                        LISA MADIGAN, Attorney General,
                                        State of Illinois

Christine McClimans, #6203209                  Attorney for Defendants,
Assistant Attorney General
500 South Second Street                            By:   s/ Christine McClimans
Springfield, IL   62706                                  Christine McClimans
Phone: (618) 236-8621                                Assistant Attorney General
Fax:    (618) 236-8620
cmcclimans@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHERRELL TOWNS, #B20513, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 13-1269 |
| | ) |
| C/O DEATHROW, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2018, I electronically filed the foregoing, RESPONSE TO COURT'S REQUEST FOR STATUS, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Genavieve Fikes      gfikes@littler.com


and I hereby certify that on July 5, 2018, I mailed by United States Postal Service, the document to the following non-registered participant:

None


                Respectfully submitted,

                By:   /s/ Christine McClimans
                     Christine McClimans, #6203209
                     Assistant Attorney General
                     500 South Second Street
                     Springfield, Illinois   62706
                     (618) 236-8621 Telephone
                     (618) 236-8620   Fax
                     Email: cmcclimans@atg.state.il.us