IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

SHERRELL C. TOWNES, )
B-20513, )
    PLAINTIFF, ) NO.: 13-1269
)
-vs- )
)
TERI DEATHROW, ETAL., )
    DEFENDANT(S). )

SCANNED AT MENARD and E-mailed
7-6-18 by HP 4 pages
date     initials   No.

## MOTION FOR ENFORCEMENT OF A SETTLEMENT AGREEMENT

NOW COMES PLAINTIFF, SHERRELL C. TOWNES, IN THE ABOVE ENTITLED CAUSE, PURSUANT TO 42 USC SEC. 1983 AND FED. R. CIV. P., AND MOVES THIS HONORABLE COURT TO ISSUE AN ORDER FOR ENFORCEMENT OF THE SETTLEMENT AGREEMENT REACHED IN THIS CASE. IN SUPPORT THEREOF, PLAINTIFF STATES AS FOLLOWS:

1. ON OR ABOUT FEBRUARY 5, 2018, TRIAL WAS SET TO BEGIN IN THIS MATTER.

2. PLAINTIFF IS REPRESENTED BY ATTORNEY GENAVIEVE M. FIKES IN THIS MATTER.

3. PRIOR TO JURY SELECTION IN THIS MATTER, A SETTLEMENT AGREEMENT WAS REACHED IN THE AMOUNT OF FIVE-HUNDRED DOLLARS.

4. THE FUNDS IN THIS MATTER WERE TO BE PAID DIRECTLY

to plaintiff's relative, blood cousin; Micheal Fox
608 Autumn
Collinsville, IL 62234

Telephone Number: 618-477-3170

5. The Court set a deadline of 120 days for the settlement to be paid and finalized.

6. The defendants have essentially welched on the agreement by failure to honor their end of the agreement.

7. Plaintiff has made numerous efforts to contact attorney Fikes by mail and telephone to no avail in this matter. As such, plaintiff's is being held incommunicado and case ignored and neglected. Specifically, the settlement was to be facilitated by attorney for plaintiff in this matter. Such has not happened nor has there being any word from counsel about what is going on with the settlement.

8. The Court should apply state contract law in this case. Illinois law, when considering the enforcement of a settlement agreement. See, Sims Madison v. Inland Paper Bound & Packaging Inc., (7th Cir. 2004), 379 F.3d 445, 448 (citing Pohl v. United Airlines Inc., (7th Cir 2000) 213 F.3d 336, 338).

In Illinois, a settlement agreement, like other contracts, is binding on the litigants if there was an offer, acceptance and meeting of the minds. See, Elustra v. Mineo (7th Cir. 2010) 595 F.3d 699, 710; Brewer v. Nat'l R.R. Passenger Corp (Ill 1995) 165 Ill.2d 100, 649 N.E.2d 1331, 1333-34, 208 Ill. Dec 670.

This court has the discretion to hold an evidentiary hearing to decide if these conditions were met. See Elustra Id 595 F.3d at 710.

Wherefore, Plaintiff, Sherrell C. Towns, request this court order an evidentiary hearing and subsequently order defendants to pay the agreed upon sum of five-hundred dollars immediately or be subject to interest payments for each day delayed.

Signed this 4th day of July 2018

Respectfully submitted
/s/ Sherrell C. Towns
Sherrell C. Towns
B-20513
P.O. Box 1000
Menard, IL 62259

4 of 4

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHERRELL C TOWNS )
Plaintiff/Petitioner )
)
Vs. ) No. 13-1269
)
TERI DEATNZOW ET AL., )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
301 WEST MAIN
BENTON, IL

TO: _____

PLEASE TAKE NOTICE that at: _____ AM/PM July 5, 2018, I placed the documents listed below in the institutional mail at MENARD Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

MOTION FOR ENFORCEMENT OF SETTLEMENT

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: July 4, 2018

/s/ Sherrell C. Towns
Name: SHERRELL C. TOWNS
IDOC No. B-20515
MENARD Correctional Ctr.
POB 1000
MENARD, IL
62259

1 OF 4

Revised 4/15/16



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

RECEIVED JUL 06 2018

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: **Towns**    ID Number: **B20513**

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    Yes or **No**

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?    **Yes** or No

   If yes, please list case number: **13-1269**

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: **4**

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Motion For Enforcement of A Settlement Agreement | 3 |
| Proof/Certificate of Service | 1 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.