Clerk of Court
U.S. District Court
950 Missouri Ave
E. St. Louis, IL
62201

Sherren C. Towns
B-20513
3820 East Main St.
Danville, IL 61834

RE: Towns v. Deathrow, et al. No.: 3-13-CV-1269
Date: April 12, 2023

Dear Clerk:

I am writing this letter in regards to Towns v. Deathrow, et al; Case No.: 3-13-CV-01269-GCS. I received the order received by Magistrate Judge Gilbert C. Sison on 3/29/2023.

The judge in this case is incorrect on this. The court waived filing fee in this case as part of the settlement reached in this case. In fact, plaintiff sought to have other filing fees squashed but was told it would only be possible in this case solely. Thank you!

Sincerely,
Sherren C. Towns

Sherrell C. Towns
B-20513
3820 East Main St.
Danville, IL
61834

Legal Mail

Clerk of the Court
U.S. District Court
750 Missouri Ave
East St. Louis, IL
62201

MAIL CLEARED
US MARSHALS

Correspondence

US POSTAGE PITNEY BOWES
ZIP 61834 $000.60
0000361013 APR 13 2023

